AFFIDAVIT

OF

KENNETH POLKE

Now comes KENNETH POLKE, who being duly sworn, states the following:

1. Affiant, KENNETH POLKE, states that for the six months prior to the filling of his bankruptcy petition on December 8, 2018, he has been unemployed and retired;
2. Affiant, KENNETH POLKE, states that for the six months prior to the filing of his bankruptcy petition on December 8, 2018, his only means of support are his social security benefits in the gross amount of $1,721.00;
3. Affiant, KENNETH POLKE, states that he has just received a position as a salesman with no salary, but will be paid on commission. As of the date of this affidavit, KENNETH POLKE, has not earned anything from his salesman position and is not due any money from his employer.

_____
KENNETH POLKE

COUNTY OF MAHONING    )
                      ) SS
STATE OF OHIO         )

Sworn and subscribed before me this 12th day of January, 2019.

_____
NOTARY PUBLIC

My Commission has no expiration date

# AFFIDAVIT

## OF

## VALERIE POLKE

Now comes VALERIE POLKE, who being duly sworn, states the following:

1. Affiant, VALERIE POLKE, states that for the six months prior to the filing of her bankruptcy petition on December 8, 2018, she has been unemployed and retired;
2. Affiant, VALERIE POLKE, states that for the six months prior to the filing of her bankruptcy petition on December 8, 2018, she had no income and her only means of support is from her husband, KENNETH POLKE's social security benefits.

_____
VALERIE POLKE

COUNTY OF MAHONING  )
                    ) SS
STATE OF OHIO       )

Sworn and subscribed before me this 12th day of January, 2019.

_____
NOTARY PUBLIC